IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESS MULLANIX, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a Nebraska corporation;<br><br>Defendant. | 8:15CV446<br><br>ORDER |

As requested in the parties' motion, (Filing No. 34), which is hereby granted,

IT IS ORDERED:

1) The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on January 29, 2018, or as soon thereafter as the case may be called, for a duration of five (5) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on January 16, 2018 at **1:00 p.m.**, and will be conducted by internet/telephonic conferencing. Counsel shall use the instructions and codes assigned to this case (Filing No. 10) to participate in the pretrial conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on January 15, 2018.

September 5, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge